UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :

FELIX GARCIA,                       :

                   :

             Plaintiff,        :

                   :             25-CV-6557 (AS)

        -v-                 :

                   :             <u>ORDER</u>

J & B FAST FOOD INC., D/B/A/ KENNEDY'S   :
CHICKEN & BISCUITS, JOSE BOLANOS, AND   :
ABDUL AZIMI,                   :

                   :

           Defendants.      X

------------------------------------------------------------------

ARUN SUBRMANIAN, United States District Judge:

        Two defendants in this action—J & B Fast Food Inc., D/B/A/ Kennedy's Chicken & Biscuits, and Jose Bolanos—appear to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within one week of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

        Although the Court has received the clerk's certificate of default, Dkt. 21, a declaration from plaintiff's counsel, Dkt. 26, and a proposed default judgment, Dkt. 27, the Court has not received a motion for default judgment.

        Plaintiff shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

        SO ORDERED.

Dated:  December 2, 2025
        New York, New York

                                         _____
                                         ARUN SUBRAMANIAN
                                         United States District Judge