UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX GARCIA,

                      Plaintiff,

        -against-

J & B FAST FOOD INC., D/B/A/
KENNEDY'S CHICKEN & BISCUITS, JOSE
BOLANOS, AND ABDUL AZIMI,

                      Defendants.

25-CV-6557 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       Pursuant to the Court's **December 15, 2025** Order, **Dkt. 38**, the plaintiff Felix Garcia and defendant Abdul Azimi were required to file a joint letter and proposed case management plan, the contents of which are described in the Court's August 13, 2025 order, Dkt. 9, no later than **January 14, 2026**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 16, 2026**.

       SO ORDERED.

Dated: January 15, 2026
       New York, New York

                                 ARUN SUBRAMANIAN
                             United States District Judge