UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX GARCIA,

                          Plaintiff,

-against-

J & B FAST FOOD INC., D/B/A/
KENNEDY'SCHICKEN & BISCUITS, JOSE
BOLANOS,AND ABDUL AZIMI,

                          Defendants.

25-CV-6557 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants Jose Bolanos and J&B Fast Food are **at risk of having a judgment of over $400,000 entered against them** if they fail to appear in this case.

**To avoid the entry of default judgment against him, Mr. Bolanos must appear in this case**. He can do so by retaining an attorney to represent him and contact Mr. Costin, who is plaintiff's attorney. Or he can choose to represent himself pro se and contact Mr. Costin directly at (718) 618-0589 or dacostin@dacostinlaw.com.

Pro se parties are advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

**Before January 23, 2026**, plaintiff shall email a copy of this order to Jocelyn Bolanos, who stated on the record at today's hearing that she will ensure that her father, Mr. Bolanos, receives notice of the contents of this Order.

**Before February 9, 2026**, Bolanos and J&B Fast Food should appear in the case and file a response to the complaint (or seek more time to do so). Bolanos may do so either pro se or through an attorney. J&B Fast Food, as a corporate entity, can only appear through an attorney.

**If either Bolanos or J&B Fast Food fails to participate in this case despite these directions,**

**then a judgment will be entered against them.**

The default judgment hearing as to Jose Bolanos and J&B Fast Food is hereby rescheduled for **Tuesday, February 24, 2026, at 2:00 PM**. The parties should join the conference by calling the Courts dedicated conference line at (646) 453-4442 and using access code **994 026 420**, followed by the pound (#) key.


        SO ORDERED.

Dated:  January 22, 2026
        New York, New York


                                              ARUN SUBRAMANIAN
                                              United States District Judge