Jose Bolanos
408 Audubon Ave, Apt. 25
New York, NY 1003
(917) 242-7301
bolanosa739@gmail.com
PRO SE

February 19, 2026

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE: Felix Garcia v. J & B Fast Food Inc., d/b/a Kennedy's Chicken & Biscuits, et al., 1:25-cv-06557-AS, Letter-Motion for Adjournment and to Vacate Default[1]**

Dear Judge Subramanian:

I am the pro se defendant in the above-captioned FLSA matter. I write to respectfully request an adjournment sin dine of the default judgment hearing currently scheduled for February 24, 2026 (ECF 45). In substitute, I respectfully request the Your Honor accept this as my letter motion to vacate the default or provide me leave to file a motion to vacate the default within 30 days of the date of this letter, by March 19, 2026.

I apologize for failing to file a response to opposition to plaintiff's motion for a default judgment as directed by the Court (ECF 38) and, after attending the telephone conference on January 22, 2026, for failing to file an answer to the complaint. My omission and default were not willful. I only speak Spanish and do not adequately understand federal procedure. I believed that the Court would consider the merits of the case and issue a ruling on the merits without requiring my appearance. There are meritorious defenses to the claims raised in the complaint. I dispute the claims regarding the number of hours Plaintiff worked and the pay Plaintiff received. Additionally, I have possible defenses including but not limited to the statute of limitations. Vacating the default judgment will not prejudice the non-defaulting parties, as the parties are just beginning to move forward with discovery and mediation. I would like to participate in the mediation which was recently scheduled for March 23, 2026.

---

[1] [1] This document was prepared with the assistance of the City Bar Justice Center's Legal Clinic for Pro Se Litigants in the SDNY.

Since the January 22, 2026, conference, I have exhausted my efforts to secure counsel for myself and corporate defendant J & B Fast Food Inc. I am now working directly with the City Bar Justice Center's Pro Se Clinic in the SDNY, as suggested by the Court. After consulting with the Pro Se Clinic, I now understand my obligation to appear and defend the case.

I ask that Your Honor adjourn the hearing on the default at least until after the mediation and grant me leave to file a motion to vacate default judgment or in the alternative accept this letter as my motion.

Respectfully submitted,

/s/ Jose Bolanos

GRANTED. The default judgment hearing scheduled for February 24, 2026 at 2:00PM is hereby ADJOURNED to **Thursday, April 9, 2026 at 4:00 PM**. Same dial-in information.

Mr. Bolanos should continue to work with the Pro Se Clinic and try to secure counsel, because J&B Fast Food Inc. may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

Mr. Bolanos' opposition to the motion for default judgment is due March 30, 2026. The parties should approach the mediation scheduled for March 23, 2026 in good faith and see whether they can work out a resolution to this case.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 50.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 24, 2026