UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX GARCIA,

                    Plaintiff,

          -against-

J & B FAST FOOD INC., D/B/A/
KENNEDY'S CHICKEN & BISCUITS et al.,

                  Defendants.

25-CV-6557 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Given that the mediation conference previously scheduled for March 23, 2026 has been adjourned to April 17, 2026, the deadline for Mr. Bolanos to oppose the motion for default judgment is hereby EXTENDED, *nunc pro tunc*, to **Tuesday, May 5, 2026**. The remote default judgment hearing scheduled for April 9, 2026 at 4:00 PM is hereby adjourned to **Tuesday, May 12, 2026 at 4:00 PM**. Same dial-in information.

As the Court has said before, Dkt. 51, Mr. Bolanos should continue to work with the Pro Se Clinic and try to secure counsel, because J&B Fast Food Inc. may appear in federal court only through licensed counsel. The parties should approach the mediation in good faith and see whether they can work out a resolution to this case.

SO ORDERED.

Dated: April 2, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge