UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX GARCIA,

                    Plaintiff,

        -against-

J & B FAST FOOD INC., D/B/A/
KENNEDY'S CHICKEN & BISCUITS et al.,

                  Defendants.

25-CV-6557 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        Plaintiff should file an updated proposed default judgment by **Monday, May 11, 2026**, in advance of the default judgment hearing scheduled for Tuesday, May 12, 2026 at 4:00 PM. Plaintiff should also email a Word copy of the proposed default judgment to the Court.

        SO ORDERED.

Dated: May 8, 2026
      New York, New York

_____
      ARUN SUBRAMANIAN
      United States District Judge