

**The Law Office of Delmas A. Costin, Jr.**
930 Grand Concourse, Ste. 1B
Bronx, NY 10451
www.dacostinlaw.com

**Delmas A. Costin, Jr.**
dacostin@dacostinlaw.com
Tel: (718) 618-0589
Fax: (347) 510-0099

May 11, 2026

<u>**Vía ECF**</u>
The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: Garcia v. J & B Fast Food Inc. et a
Case No.25-cv-06557-AS

Dear Judge Subramanian:

This firm represents Plaintiff Felix Garcia in the above referenced matter alleging violations of the Fair Labor Standards Act and the New York Labor Law. Defendant Azimi and Bolanos deny the allegations. Defendant J&B Fast Food Inc., is currently unrepresented. The parties request that tomorrow's conference be adjourned due to ongoing mediation.

On April 17, 2026, the parties appeared for a court ordered mediation. The parties were unable to reach a settlement on that day. The parties have been communicating with the mediator who has graciously continued to speak with the parties and is trying to achieve settlement through a number of telephone calls, emails and direct conversations between counsel. The parties apologize for not informing the court of the current status of mediation. As a result of the continued mediation efforts and the parties desire to reduce costs associated with litigation and pursue settlement, the parties respectfully request an adjournment of the hearing scheduled for tomorrow at 4:00 PM. We recognize the Court rules require at least 2 days notice; however, based on the ongoing mediation efforts, the parties respectfully request that this matter be adjourned to a date that is convenient for the court. Please contact the undersigned with any questions. Thank you for your consideration of this request.

GRANTED but NO FURTHER EXTENSIONS. The default judgment hearing is ADJOURNED to **Thursday, July 16, 2026 at 2:00 PM**. Same dial-in information. The parties should provide a status update in this case by **Wednesday, July 8, 2026.**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 56.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 12, 2026

Very truly yours,

*/s/Delmas A. Costin Jr.*
Delmas A. Costin, Jr.

Cc:    Susanne Keane, Esq.
        Daniel Perlman, Esq.

Court-06